UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Adam L. Sterling,

                    Petitioner,

    vs.                                                    ORDER ADOPTING THE
                                                   REPORT AND RECOMMENDATION
Michelle Smith,

                    Respondent.                        Civ. No. 15-2578 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**

    1.     Petitioner Adam L. Sterling's petition for a writ of habeas corpus [Docket No. 1] is

          DENIED.

    2.     This action is DISMISSED.

    3.     Sterling's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

    4.     Sterling's motion for relief on basis of reasonable doubt [Docket No. 3] is DENIED

          AS MOOT.

5.       No certificate of appealability is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.


   s/Ann D. Montgomery
Ann D. Montgomery, Judge
DATED: June 29, 2015                    United States District Court
At Minneapolis, Minnesota